# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2025

### NO. 03-23-00664-CV

**Stephen Orsinger, Appellant**

**v.**

**Ann Kathryn Orsinger, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
AFFIRMED IN PART, DISMISSED IN PART, REVERSED AND REMANDED IN PART
-- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on July 25, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court dismisses in part, affirms and reverses in part the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.